IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CONTINENTAL AEROSPACE TECHNOLOGIES, INC., § § § Plaintiff, § v. § I.T.F. GROUP CORP., a Delaware § Corporation, and IMPIANTI § TRATTAMENTI FINITURE S.R.L., § § Defendants. § | CIVIL ACTION NO. 1:23-CV-72-WS-C |

### DEFENDANT I.T.F. GROUP CORP.'S DISCLOSURE STATEMENT

I.T.F. Group Corp., a defendant in the above-captioned matter, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similarly related individuals or entities reportable under the provisions of S.D. Ala. Civ. LR 7.1:

The following entities and their relationship to the party are hereby reported:

Reportable Entity:

Impianti Trattamenti Finiture S.R.L. (form of Italian Corporation)
20010 Zona Produttiva Sud
MI, Italy

Relationship to Party: Parent Corporation/Company.

Other shareholders in I.T.F. Group Corp. are individual persons.

1

Respectfully Submitted.

**BELL NUNNALLY & MARTIN LLP**

By: */s/ Craig M. Warner*
    Craig M. Warner
    Texas Bar No. 24084158
    North Carolina Bar No. 32983
    *Pro Hac Vice*
2323 Ross Avenue, Suite 1900
Dallas, Texas  75201
Telephone No.:  (214) 740-1400
Telecopy No.:  (214) 740-1499

**ATTORNEYS FOR DEFENDANT
ITF GROUP CORP.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing Motion to Dismiss was served upon the counsel listed below in the manner on the date indicated.

| **VIA CM/ECF** | **VIA CM/ECF** |
|---|---|
| John C.S. Pierce<br>Dentons Sirote PC<br>1 St. Louis Street, Suite 1000<br>Mobile, AL 36605<br>john.pierce@dentons.com | Robert R. Baugh<br>Howard G. Perdue III<br>Dentons Sirote PC<br>2311 Highland Avenue South<br>Birmingham, AL 35205<br>robert.baugh@dentons.com<br>trey.perdue@dentons.com |

**DATED** this the 7th day of June, 2023.

    */s/ Craig M. Warner*
    Craig M. Warner

7415366_1.docx / 14598-00001