# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **CONTINENTAL AEROSPACE TECHNOLOGIES, INC.** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**I.T.F. GROUP CORP. and IMPIANTI TRATTAMENTI FINITURE S.R.L.,** )<br>)<br>Defendants. )<br>) | Case No. 1:23-CV-72 |

## NOTICE OF ATTORNEY'S LIEN

COMES NOW Robert S. Walker, and advises all parties that he, and the law firm of Yates Anderson, LLC, assert an attorney's lien in the amount of Five Thousand One Hundred and Seventy-Seven and 50/100 Dollars ($5,177.50) in this action as against any and all claims, counts, judgments, and dismissals of this action.

Respectfully Submitted,

*/s/ Robert S. Walker*
ROBERT S. WALKER
AL BAR NO.: ASB-7312-L17F

*/s/ John Parker Yates*
JOHN PARKER YATES
AL BAR NO.: ASB-1155-O68Y

*/s/ Kristopher O. Anderson*
KRISTOPHER O. ANDERSON
AL BAR NO.: ASB-4318-O68A

YATES ANDERSON
4851 Wharf Parkway, Ste D-230
Orange Beach, AL 36561
251-500-4853
parker@yatesanderson.com
kris@yatesanderson.com
parker@yatesanderson.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2024, a copy of the foregoing using the Court's CM/ECF system, which will send a copy of same to all counsel of record:

John C.S. Pierce
DENTONS SIROTE PC
1 St. Louis Street, Suite 1000
Mobile, Alabama 36605
john.pierce@dentons.com

Craig Werner
Beverly Whitney
Bell Nunnally & Martin LLP
2323 Ross Avenue, Suite 1900
Dallas, Texas 75201
cwarner@bellnunnally.com
bwhitley@bellnunnally.com

*Co-Counsel for Defendants*

Robert R. Baugh
Howard G. Perdue, III
DENTONS SIROTE PC
2311 Highlands Avenue South
Birmingham, Alabama 35205
robert.baugh@dentons.com
trey.perdue@dentons.com

*Attorneys for Plaintiff*

/s/ Robert S. Walker

2